Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ⦿ NO     **DOCKET NUMBER:** 3:23-cr-268-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | LARRY DARNELL MCVAY |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | 3:20-cr-99-FDW |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ◯ Petty    ◯ Misdemeanor    ⦿ Felony

18 U.S.C. § 922(g)(1); 21 U.S.C. § 841(a)(1)

**JUVENILE:** ◯ Yes    ⦿ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | TIMOTHY SIELAFF |
| **VICTIM/WITNESS COORDINATORS:** | | |
| **INTERPRETER NEEDED** | : | |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | Please assign to Judge Whitney |

(Maintain form in the Attorney Work Product folder / purge before archiving )

Case 3:23-cr-00268-FDW-SCR    Document 1-2    Filed 12/12/23    Page 1 of 1